# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ETEKCITY CORPORATION, ET AL.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2:16-cv-270<br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND
## NOTICE OF SETTLEMENT AS TO SHARKK DEFENDANTS

Complying with this Court's "Standing Order Regarding Proper Notification of Settlement to the Court," Plaintiff Better Mouse Company, LLC ("Better Mouse") and Defendants DOV Enterprises, Inc., d/b/a Sharkk and Sharkk LLC (collectively, "Sharkk") file this Joint Motion to Stay All Deadlines and Notice of Settlement as to Sharkk, respectfully showing the Court as follows:

　　As previously announced (Dkt. 96), Better Mouse and Sharkk have reached a settlement in principle that would resolve all matters in controversy between them. But due in part to delays stemming from holiday travel and related scheduling issues, the parties have not yet finalized the settlement agreement. The parties therefore respectfully request that the Court stay all deadlines in this case for an additional two weeks (i.e., through January 20, 2017), by which the parties expect to have moved to dismiss the claims between them. This limited stay of deadlines is for good cause and so that justice may be served. A proposed order is attached.

Dated: January 6, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Larry D. Thompson, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Larry D. Thompson, Jr. (lead attorney)
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24051428

larry@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Michael D. Ellis
michael@ahtlawfirm.com
Texas Bar No. 24081586
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
305 S. Broadway, Suite 406
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Better Mouse Company, LLC*

By: */s/ John M. Jackson*
Robert P. Latham, Lead Counsel
Texas State Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Blake T. Dietrich
Texas State Bar No. 24087420
bdietrich@jw.com
**JACKSON WALKER L.L.P.**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANTS
DOV ENTERPRISES, INC. D/B/A
SHARKK & SHARKK LLC**

2

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and the Sharkk defendants met and conferred by email regarding this motion. Both join the request for relief sought by this motion.

/s/ Larry D. Thompson, Jr.
Larry D. Thompson, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and, as such the document was served on all counsel of record who are deemed to have consented to electronic service on January 6, 2017.

/s/ Larry D. Thompson, Jr.
Larry D. Thompson, Jr.