IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ETEKCITY CORPORATION, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 2:16-cv-270 <br><br> **(Consolidated Lead Case)** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AS SHARKK DEFENDANTS

The Court, having considered the Joint Motion to Stay All Deadlines and Notice of Settlement as to Sharkk filed by Plaintiff Better Mouse Company, LLC and Defendants DOV Enterprises, Inc., d/b/a Sharkk and Sharkk LLC (collectively, "Sharkk"), finds that it should be, and is, hereby GRANTED.

Therefore, it is ORDERED, ADJUDGED AND DECREED that all deadlines with respect to Sharkk are STAYED up to and including Friday, January 20, 2017. If the parties do not file dismissal papers by January 20, 2017, then counsel for the parties should appear before the Court for a status conference on January 23, 2017 at 9:00 a.m.

**SIGNED this 6th day of January, 2017.**

 ROY S. PAYNE
 UNITED STATES MAGISTRATE JUDGE